**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:18-CR-29-TLS-PRC |
| | ) | |
| IRVIN PEREZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT IRVIN PEREZ-HERNANDEZ**

TO:    THE HONORABLE THERESA L. SPRINGMANN,
       UNITED STATES DISTRICT COURT

Upon Defendant Irvin Perez-Hernandez's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on May 24, 2018, with the consent of Defendant Irvin Perez-Hernandez, counsel for Defendant Irvin Perez-Hernandez, and counsel for the United States of America.

The hearing on Defendant Irvin Perez-Hernandez's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Irvin Perez-Hernandez under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Irvin Perez-Hernandez,

I FIND as follows:

(1) that Defendant Irvin Perez-Hernandez understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Irvin Perez-Hernandez understands his right to trial by jury, to persist in his

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and against compelled self-incrimination;

(3) that Defendant Irvin Perez-Hernandez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Irvin Perez-Hernandez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Irvin Perez-Hernandez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Irvin Perez-Hernandez is competent to plead guilty;

(6) that Defendant Irvin Perez-Hernandez understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Irvin Perez-Hernandez's plea; and further,

I RECOMMEND that the Court accept Defendant Irvin Perez-Hernandez's plea of guilty to the offense charged in the Indictment and that Defendant Irvin Perez-Hernandez be adjudged guilty of the offense charged in the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Irvin Perez-Hernandez be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 29th day of May, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    Honorable Theresa L. Springmann